# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ASHLEY F. CUMMINGS, : | |
| : | |
| Plaintiff, : | Civil Action File No. |
| : | 4:18-cv-00244-WTM-JEG |
| v. : | |
| : | |
| BIGNAULT & CARTER, LLC; W. : | |
| PASCHAL BIGNAULT; and LORI A. : | |
| CARTER, : | |
| : | |
| Defendants. : | |
| _____: | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and L.R. 3.3, the Plaintiff files this Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

**1.**

The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

| | |
|---|---|
| <u>Plaintiff</u>: | Ashley F. Cummings |
| <u>Defendants</u>: | Bignault & Carter, LLC<br>W. Paschal Bignault<br>Lori A. Carter |

**2.**

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

<u>Plaintiff</u>:
(a) Ashley F. Cummings;
(b) Larry A. Pankey, Counsel for Plaintiff;
(c) Brad S. McLelland, Counsel for Plaintiff;

<u>Defendants</u>:
(d) Bignault & Carter, LLC;
(e) W. Paschal Bignault;
(f) Lori A. Carter;
(g) Charles Herman, Counsel for Defendants.

**3.**

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Counsel for Plaintiff</u>: Larry A. Pankey, Pankey & Horlock, LLC; and Brad S. McLelland, The Law Office of Brad S. McLelland, P.C.

<u>Counsel for Defendants</u>: Charles Herman, Barrett & Farahany

Dated this 5th day of November 2018.

**PANKEY & HORLOCK, LLC**

By: <u>s/ *Larry A. Pankey*</u>
    Larry A. Pankey
    Georgia Bar No. 560725
    *Pro Hac Vice Attorneys*
    *for Plaintiff*
    *(Admission Pending)*

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone: 770-670-6250
Facsimile: 770-670-6249
LPankey@PankeyHorlock.com

**THE LAW OFFICE OF BRAD S. MCLELLAND, P.C.**

By: <u>/s/ *Brad S. McLelland*</u>
    Brad S. McLelland
    Georgia Bar No. 496898
    *Local Counsel for Plaintiff*

3467 Cypress Mill Road
Brunswick, Georgia 31520
Telephone: 912-265-4000
Facsimile: 912-264-5884
Brad@BSMLawGa.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **ASHLEY F. CUMMINGS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 4:18-cv-00244 |
| v. | : | |
| | : | |
| **BIGNAULT & CARTER, LLC; W.** | : | |
| **PASCHAL BIGNAULT; and LORI A.** | : | |
| **CARTER,** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **Plaintiff's Certificate Of Interested Persons And Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles Herman
**Barrett & Farahany**
Charles@JusticeAtWork.com

Dated this 5th day of November 2018.

                        **PANKEY & HORLOCK, LLC**

                        By:  *s/ Larry A. Pankey*
                              Larry A. Pankey
                              Georgia Bar No. 560725
                              ***Pro Hac Vice Attorneys***
                              ***for Plaintiff***
                              ***(Admission Pending)***

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:   770-670-6250
Facsimile:    770-670-6249
LPankey@PankeyHorlock.com

                        **THE LAW OFFICE OF BRAD S. MCLELLAND, P.C.**

                        By:  /s/ *Brad S. McLelland*
                              Brad S. McLelland
                              Georgia Bar No. 496898
                              ***Local Counsel for Plaintiff***

3467 Cypress Mill Road
Brunswick, Georgia 31520
Telephone:   912-265-4000
Facsimile:    912-264-5884
Brad@BSMLawGA.com