# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ASHLEY F. CUMMINGS, | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO.: 4:18-cv-00244-WTM-JEG |
| | ) |
| BIGNAULT & CARTER, LLC; | ) |
| W. PASCHAL BIGNAULT; and | ) |
| LORI A. CARTER, | ) |
| | ) |
|    **Defendants.** | ) |

## *DISMISSAL ENTRY*

The Parties in the above-captioned matter have come to a resolution and have submitted the written settlement agreement for approval from the Court.

This Court finds that the agreement is a fair and reasonable settlement of this matter. It is hereby ordered that this case is dismissed, with prejudice in accordance with the terms of the settlement agreement. Each party to bear their own costs. This Court retains jurisdiction if necessary to enforce the terms of the Settlement Agreement.

Date: _____.

So ordered.

                                                          William T. Moore, Jr._____
                                                          U.S. District Judge

                                                          _____