# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ASHLEY F. CUMMINGS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CASE NO.: 4:18-cv-00244-WTM-JEG |
| | ) |
| BIGNAULT & CARTER, LLC; | ) |
| W. PASCHAL BIGNAULT; and | ) |
| LORI A. CARTER, | ) |
| | ) |
|    Defendants. | ) |

### *DEFENDANTS' MOTION TO APPROVE SETTLEMENT*

NOW COME, Defendants Bignault & Carter, LLC, W. Paschal Bignault, and Lori A. Carter ("Defendants") by and through their undersigned counsel and move that the Court approve the Parties' settlement in accordance with applicable law and dismiss this matter, with prejudice. In support of this Motion, Defendants submit the accompanying Memorandum of Law with attached Declaration and incorporate it herein by reference.

WHEREFORE, Defendants respectfully request the Court grant this Motion and enter the Proposed Order: (1) approving the settlement; and (2) dismissing this action with prejudice.

Respectfully submitted this 14th day of March, 2019.

                                             **CHARLES HERMAN LAW**

                                             /S/Charles Herman
                                             Charles Herman
                                             Georgia Bar No. 142852
                                             Attorney for Defendants
                                             7 East Congress Street, Suite 611A
                                             Savannah, Georgia 31401
                                             (912) 244-3999
                                             (912) 257-7301 Facsimile
                                             Charles@CharlesHermanLaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **ASHLEY F. CUMMINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 4:18-cv-00244-WTM-JEG |
| | ) |
| **BIGNAULT & CARTER, LLC;** | ) |
| **W. PASCHAL BIGNAULT; and** | ) |
| **LORI A. CARTER,** | ) |
| | ) |
| **Defendants.** | ) |

## *CERTIFICATE OF SERVICE*

The undersigned certifies that I have on this day served all the parties in this case with this ***Defendants' Motion to Approve Settlement*** in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 14th day of March, 2019.

                                                    **CHARLES HERMAN LAW**

                                                    /s/ Charles Herman
                                                    Charles Herman
                                                     Georgia Bar No. 142852
                                                    *Attorney for Defendants*

7 East Congress Street, Suite 611A
Savannah, Georgia 31401
(912) 244-3999
(912) 257-7301 Facsimile
Charles@CharlesHermanLaw.com